Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

71st District of

Division

FILED

MAY ~ 1 2024

Clerk, U.S. District Court
Texas Eastern

Case No. 0:24 cv162 JDK/KNM

*(to be filled in by the Clerk's Office)*

Kristeen Brooke Adams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Panola County
Panola County Sheriff's Dept
Panola County District Attorney's Dept.
TANjA M. Coleman

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)*   ☒ Yes   ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non–Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Kristeen B. Adams

Address     9791 Union Grove Rd

Gladewater      TX     75647
        *City*          *State*       *Zip Code*

County     Upshur

Telephone Number     903-619-2390

E-Mail Address     Kristeenadams @ yahoo. com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     Panola County

Job or Title *(if known)*

Address

Carthage      Texas
     *City*        *State*       *Zip Code*

County     Panola

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name     Panola County Sheriff's Dept

Job or Title *(if known)*     314 W. Wellington St

Address

Carthage      Texas     75633
     *City*        *State*       *Zip Code*

County     Panola

Telephone Number     903-693-0333

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

Panola County District Attorney
108 Sycamore St

Carthage           Texas        75633
   *City*              *State*         *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

Panola
903-693-0310       FAX 903-693-0368

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

Tanja M. Coleman
Teacher @ Gary ISD  903-685-2291
133 County Road 1161
Carthage           Texas        75633
   *City*              *State*         *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

Panola
(903) 693-6548 (H)      903-452-1257 (C)
tanja.coleman@msn.com

☒ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14TH Amendment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 14th amendment = equal protection KA

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Title 42, USC Section 14141, Elements of Claim 14th Amendment: Equal Protection, Right to due Process Due Process Protections Act, civil deprivation, Loss of Liberty 18 USC 1592, deprivation of rights, false arrest, Liable

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur? Panola County

B.     What date and approximate time did the events giving rise to your claim(s) occur?

June / July 2020 around 12pm - 2pm

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I went to pick-up paperwork for a truck at the home of Tanja Coleman. I picked up the paperwork along with a trailer hitch loaned to Mr. Coleman and retrived a plant purchesed by Chris Allen for the funeral of Bertha McMichael. Tanja Coleman was not happy I went to retrive paper work and Placed a CT on me. Tanja Coleman later went to the Sheriff's Dept. and claimed I went back onto her property Submitting the same video from the original Criminal Trespass and Signed a sworn Statement to facts.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I went to Panola County Sheriff's Dept. and tried to file a false police report claim on TANjA Coleman and was told I could not. I was told that now I was only arrested for the origcnal act of Criminal Trespass from 2020. The law (2020) States that a citation will be issued and arest upon a 2nd entry. my attorney stated that there was a second entry and that is why I was arrested on a sworn affidavit.
    This was brought on by TANjA Coleman due to my Knowledge of her stealing money from family Estates

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental stress, Discrimatory Harassment, Oppreshion retaliation, false Arrest, Unlawful arrest mental anguash, job loss, financil hardship.
I have suffered continuasly for 7 years from the continued misconduct of the by the Defendant TANjA Coleman, and Continued to suffered at the hands of the officials who have taken an oath to secure the protected rights and Privileges guarnted by the U.S. Constitution.
Defamation    Antitrust    Tortious Interferance physical, economical, psychological and emotional Loss Shame, Ostracization, Pain+Suffering. depression Loss of enjoyment in life, Suffer from PTSD and anxiety

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

1,000,000.

The most allowed by law

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-1-2024

Signature of Plaintiff    Kristeen B. Adams

Printed Name of Plaintiff    Kristeen B. Adams

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Name of Law Firm

Address

| City | State | Zip Code |
|------|-------|----------|

Telephone Number

E-mail Address