**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| KRISTEEN BROOKE ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 6:24-CV-162-JDK-KNM |
| v. | § | |
| | § | |
| PANOLA COUNTY, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Court dismissed this lawsuit on August 5, 2024. Plaintiff Kristeen Brooke Adams filed a motion for reconsideration that is construed as a motion for relief from judgment. Docket No. 15. The Magistrate Judge issued a Report recommending that the motion be denied. Docket No. 16. No written objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v.*

*Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendations, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 16) as the findings of this Court. It is therefore **ORDERED** that the motion for reconsideration (Docket No. 15), construed as a motion for relief from judgment, is **DENIED**.

So **ORDERED** and **SIGNED** this **15th** day of **October, 2024.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE